**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Marianna Luisa DiMarco–Cavuoto and Angelo Cavuoto | Chapter: 13 |
| | Debtor, | Case No: 18–12622 |
| | | Judge Melvin S. Hoffman |

**NOTICE TO DEBTOR(S) REGARDING DISCHARGE**

It appears that in accordance with Title 11 of the U.S. Code, the debtor(s) **Marianna Luisa DiMarco–Cavuoto and Angelo Cavuoto** is/are not entitled to a discharge in bankruptcy because of prior case filings. If you believe this determination is incorrect, you must file a response to this notice with the Court within fourteen (14) days of the date of this notice.

Date:7/10/18

By the Court,

Sheila Smith
Deputy Clerk
413–785–6910

8