**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In Re: | Marianna Luisa DiMarco–Cavuoto and Angelo Cavuoto, Debtor | Chapter: 13 |
|---|---|---|
| | | Case No: 18–12622 |
| | | Judge Melvin S. Hoffman |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has made an entry on the docket disregarding a document you filed on **JULY 12, 2018** docket number **12** in the above referenced case. Expedited action is required to address this problem.

Unless otherwise indicated, you are hereby **ORDERED** to file electronically the required document(s) listed below within two (2) business days of the date of this order.

- ☑ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** File with the correct and readable PDF using the original event.

- ☐ **Document is titled incorrectly.** File with the correct title.

- ☐ **Document docketed using wrong event.** File using the correct event.

- ☐ **Document is docketed in the wrong case or the caption is incorrect.** Check the case number and caption and file a corrected document in the proper case.

- ☐ **Document is unsigned or information is missing.** Registered ECF users may sign "/s/YOUR NAME". Non–Registered ECF users **must** provide a scanned original signature. Check your PDF document for signature(s) and file a corrected document.

- ☐ **Documents should have been filed as separate documents.** File all items using the following separate docketing events.

- ☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** File an Amended Disclosure of Compensation or otherwise correct or clarify the discrepancy.

- ☐ **ECF filer and signature on the document do not match.** File a corrected document. *See MLBR Appendix 8, Rule 8(a)*.

- ☐ **Incorrect Chapter 13 Plan form was filed.** The document will be disregarded. File the correct form within seven (7) days of this Notice. *See MLBR Official Local Form 3*.

- ☑ **Other: Be sure to use Official Local Form 3: Chapter 13 Plan (to be used for all original, amended, and postconfirmation plans filed after December 1, 2017). Local Form 3 is available at the following website: http://www.mab.uscourts.gov/mab/official–local–form.**

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO, DENIAL OF REQUESTED RELIEF OR DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE.**

Date: 7/16/18

By the Court,

Cynthia Martin
Deputy Clerk
617–748–5332

18 – 12