# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Marianna Luisa DiMarco-Cavuoto and Angelo Cavuoto

Chapter 13
Case No. 18-12622 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

The debtor having received a discharge in a prior case, and having failed to respond to the court's Notice as to why the debtor is entitled to a discharge in this case, in light of 11 U.S.C. § 727(a)(8) or (9), a Notice of No Discharge shall enter., as to both debtors.

By the Court,

*Melvin S. Hoffman* (signature)

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: July 25, 2018