UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Marianna Luisa DiMarco–Cavuoto and Angelo Cavuoto , | Chapter: 13 |
| Debtor | Case No: 18–12622 |
| | Judge Melvin S. Hoffman |

### ORDER OF DISMISSAL

Due to the failure of the Debtor to comply with the Court's Order of **JULY 11, 2018** , and the Debtor having failed to file timely the **Evidence of Vehicle Insurance** , it is hereby ordered that the above–entitled case be and hereby is **DISMISSED**.

Dated: July 30, 2018

By the Court,

_____

U.S. Bankruptcy Judge