# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Marianna Luisa DiMarco Cavuoto, | ) | |
| and Angelo Cavuoto | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | DOCKET NUMBER: 18-12622 |
| | ) | |

## DEBTORS' MOTION TO VACATE DISMISSAL

Now come the Debtors and moves this Honorable Court to vacate the order of dismissal [Doc. #23].  In support of this motion, Debtors state the following:

1.   The failure to comply with the Court's Order to Update of July 11, 2018 [Doc. #9] was an unfortunate oversight.

2.   The Debtors have attached hereto as Exhibit A, the Evidence of Insurance for said vehicles.

WHEREFORE, the Debtors respectfully request that this Honorable Court vacate the dismissal.

Debtors,
By their attorney

*/s/ Lawrence A. Simeone, Jr., Esq.*
Lawrence A. Simeone, Jr., Esq.
Law Office of Lawrence A. Simeone, Jr.
300 Broadway, P.O. 321
Revere, MA 02151
(781) 286-1560
BBO# 552605

Dated: July 31, 2018

## CERTIFICATE OF SERVICE

      I, Lawrence A. Simeone, Jr. Esq. hereby certify that I served a copy of the foregoing via ECF Filing and/or first class mail on counsels of record:

Carolyn Bankowski, Trustee
Office of the Chapter 13 Trustee
P.O.Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Shellpoint Mortgage
55 Beattie Place
Suite 300
Greenvile, SC 29601

Shamrock Mortgage
116 Topsfield Road
Wenham, MA 01834

                                                */s/ Lawrence A. Simeone, Jr.*
                                                Lawrence A. Simeone, Jr.

Dated:   July 31, 2018