## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: ) | CHAPTER 13 |
| ) | CASE NO. 18-12622 |
| MARIANNA LUISA DIMARCO-CAVUOTO, and ) |  |
| ANGELO CAVUOTO, ) | **NOTICE OF APPEARANCE** |
| Debtors ) |  |

Pursuant to Bankruptcy Rule of Procedure 2002 (g) and Local Bankruptcy Rule 9010-3,

**SHAMROCK FINANCE LLC**, a secured creditor in the above referenced bankruptcy proceeding hereby requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties in the case be sent to the undersigned counsel, and further that undersigned counsel be added to the Court's master mailing matrix.

                                     Respectfully submitted,
                                     **SHAMROCK FINANCE LLC**
                                     By its attorney

                                     /s/ *James J. McNulty*
                                     James J. McNulty, Esq. BBO # 339940
                                     40 Court Street, 11th Floor
                                     Boston, MA  02108-2202
                                     Tel. No. (617) 263-3300
                                     jjm@jjmcnultylaw.com

Dated: August 3, 2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In Re: ) | CHAPTER 13 |
| ) | CASE NO. 18-12622 |
| MARIANNA LUISA DIMARCO-CAVUOTO, and ) |  |
| ANGELO CAVUOTO, ) | **CERTIFICATE OF SERVICE** |
| Debtors ) |  |

I, James J. McNulty, do hereby certify that I have on this 3rd day of August, 2018 served a copy of the **NOTICE OF APPEARANCE**, by first class mail, postage prepaid to the individuals on the attached Service List and electronically on all registered ECF users.

/s/ James J. McNulty
James J. McNulty, Esq. BBO# 339940
40 Court Street, Suite 1150
Boston, MA 02108
Tel. 617-263-3300
jjm@jjmcnultylaw.com

*Notice of Appearance*
2