08/17/2018 Allowed. No objections filed. Order #23 is vacated.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| Marianna Luisa DiMarco Cavuoto, ) | |
| and Angelo Cavuoto ) | |
| Debtors ) | CHAPTER 13 |
| ) | DOCKET NUMBER: 18-12622 |
| ) | |

### DEBTORS' MOTION TO VACATE DISMISSAL

    Now come the Debtors and moves this Honorable Court to vacate the order of dismissal [Doc. #23]. In support of this motion, Debtors state the following:

    1.    The failure to comply with the Court's Order to Update of July 11, 2018 [Doc. #9] was an unfortunate oversight.

    2.    The Debtors have attached hereto as Exhibit A, the Evidence of Insurance for said vehicles.

    WHEREFORE, the Debtors respectfully request that this Honorable Court vacate the dismissal.

    Debtors,
By their attorney

*/s/ Lawrence A. Simeone, Jr., Esq.*
Lawrence A. Simeone, Jr., Esq.
Law Office of Lawrence A. Simeone, Jr.
300 Broadway, P.O. 321
Revere, MA 02151
Dated: July 31, 2018    (781) 286-1560
BBO# 552605