**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Marianna Luisa DiMarco−Cavuoto and Angelo Cavuoto | Chapter: 13 |
| | Debtor, | Case No: 18−12622 |
| | dba C&C Appraisal Service<br>dba C&C Appraisal Service | Judge Melvin S. Hoffman |

## NOTICE OF NO DISCHARGE

### (PRIOR CASE FILINGS)

TO ALL CREDITORS OF **Marianna Luisa DiMarco−Cavuoto and Angelo Cavuoto**

NOTICE IS HEREBY GIVEN THAT pursuant to the Court's order **dated 7/25/2018 (Doc. #21), Marianna Luisa DiMarco−Cavuoto and Angelo Cavuoto** will not receive a discharge of debts scheduled in this case. PLEASE BE AWARE, HOWEVER, THAT:

1. the automatic stay continues to stay acts against property of the bankruptcy estate until either the bankruptcy case is closed or the asset at issue is abandoned, so creditors may not enforce their rights against an asset of the bankruptcy estate until the bankruptcy case is closed, the Chapter 7 Trustee abandons the assets (see 11 U.S.C. § 362(c) and 554), or a creditor seeks and obtains relief from the automatic stay to proceed against the asset; and

2. except for debts of the kinds listed in 11 U.S.C. § 522(c)(1),(2), and (3), creditors may not enforce their claims against assets that the Debtor has exempted under 11 U.S.C. § 522 in the bankruptcy case.

Date:8/20/18

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

Cynthia Martin
Deputy Clerk
617−748−5332