# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>)<br>Marianna Luisa DiMarco Cavuoto, )<br>and Angelo Cavuoto )<br>        Debtors   )<br>)<br>) | CHAPTER 13<br>DOCKET NUMBER: 18-12622 |

## DEBTORS' MOTION TO FILE AMENDED SCHEDULE D

     NOW COME the Debtors, Marianna Luisa DiMarco Cavuoto and Angelo Cavuoto, and respectfully submit the within Motion to allow the Debtors to file an Amended Schedule D.  In support of this motion Debtors states the following:

1. Debtors wishes to amend the above referenced schedules in order to address the issues raised by the Chapter 13 Trustees.

     WHEREFORE, the Debtors respectfully requests that this Honorable Court allow the within Motion to File an Amended Schedule D, and any other remedy this Court deems just and proper.

                                             Debtor,
                                             By his attorney

                                             */s/ Lawrence A. Simeone, Jr., Esq.*
                                             Lawrence A. Simeone, Jr., Esq.
                                             Law Office of Lawrence A. Simeone, Jr.
                                             300 Broadway, P.O. 321
                                             Revere, MA 02151
Dated: December 19, 2018                (781) 286-1560
                                             BBO# 552605

## CERTIFICATE OF SERVICE

      I, Lawrence A. Simeone, Jr. Esq. hereby certify that I served a copy of the foregoing via ECF Filing and/or first class mail on counsels of record:

Carolyn Bankowski, Trustee
Office of the Chapter 13 Trustee
P.O.Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Shellpoint Mortgage
55 Beattie Place
Suite 300
Greenvile, SC 29601

Shamrock Mortgage
116 Topsfield Road
Wenham, MA 01834

                                                                */s/ Lawrence A. Simeone, Jr.*
                                                                Lawrence A. Simeone, Jr.

Dated:   December 19, 2018