12/31/2018 Motion denied and plan stricken for failure to comply with the court's order of deficiency dated 12/20/18 (docket #43).

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Marianna Luisa DiMarco Cavuoto, ) | |
| and Angelo Cavuoto ) | |
| Debtors ) | CHAPTER 13 |
| ) | DOCKET NUMBER: 18-12622 |
| ) | |

## DEBTORS' MOTION TO FILE AN AMENDED CHAPTER 13 PLAN

NOW COME the Debtors, Marianna Luisa DiMarco Cavuoto and Angelo Cavuoto, and respectfully submit the within Motion to allow the Debtors to file a First Amended Chapter 13 Plan. In support of this motion Debtors states the following:

1. Debtors wishes to amend the above referenced schedules in order to address the issues raised by the Chapter 13 Trustees.

WHEREFORE, the Debtors respectfully requests that this Honorable Court allow the within Motion to File an Amended Chapter 13 Plan, and any other remedy this Court deems just and proper.

Debtor,
By his attorney

*/s/ Lawrence A. Simeone, Jr., Esq.*
Lawrence A. Simeone, Jr., Esq.
Law Office of Lawrence A. Simeone, Jr.
300 Broadway, P.O. 321
Revere, MA 02151
Dated: December 19, 2018                (781) 286-1560
BBO# 552605