# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>DIMARCO-CAVUOTO, Marianna Luisa<br>SSN: xxx-xx-1694<br>CAVUOTO, Angelo<br>SSN: xxx-xx-6501                     Debtors | Chapter 13<br>Case No. 18-12622-MSH |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTORS' AMENDED CHAPTER 13 PLAN

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Amended Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtors commenced this case by filing a petition on July 9, 2018.

2. On August 22, 2018, the Trustee presided over a 341 meeting of creditors and examined the Debtors.

3. On January 9, 2019, the Debtors filed the Plan.  The Trustee cannot recommend the Plan for confirmation at this time.

4. The Plan lists the wrong date of filing.

5. The Debtors proposes a term of 60 months pursuant to 11 USC §1322(b)(4)(A)(ii).  However, the Debtors are below the median income and therefore if proposing a term in excess of 36 months must check the third box in Part 2.A and list 60 months as the term pursuant to 11 U.S.C. §1322(d)(2) and is required to provide a statement of cause.

6. Part 2 lists the total amount of payments to the Trustee as $1,686.00.  According to the payments proposed in Part 2.B, the total payments to the Trustee should be $101,160.00.

7. The Plan fails to adequately provide for the secured arrears claim of Shellpoint in the amount of $59,986.45.

8. Part 3.B(2) lists the Total Claims to be paid through the Plan as $91,031.456.  The Plan does not provide for any claims under Part 3.B(2).

9. Finally, Exhibit 1 lists the date the amended Plan payment to begin as January 1, 2019.  But there is no amended Plan payment so that date should be blank.  The

EM

Plan payment commences as of August 1, 2018 because no step up payment was proposed.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: January 14, 2019

        Respectfully submitted,

        By: /s/ Carolyn Bankowski
        Carolyn Bankowski, BBO#631056
        Patricia A. Remer, BBO#639594
        Standing Chapter 13 Trustee
        PO Box 8250
        Boston, MA  02114
        (617) 723-1313
        **13trustee@ch13boston.com**

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>DIMARCO-CAVUOTO, Marianna Luisa<br>SSN: xxx-xx-1694<br>CAVUOTO, Angelo<br>SSN: xxx-xx-6501            Debtors | Chapter 13<br>Case No. 18-12622-MSH |

**Certificate of Service**

The undersigned hereby certifies that a copy of the Trustee's Objection to Debtor's Amended Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtors and Debtors' counsel at the addresses set forth below.

Dated: January 14, 2019

/s/ **Carolyn Bankowski**
Carolyn Bankowski

Angelo & Marianna Cavuoto
83 Summer Street
Stoneham, MA 02180

Lawrence Simeone, Jr.
300 Broadway
Revere, MA 02151

EM