**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
MARIANNA LUISA DiMARCO- CAVUOTO
and
ANGELO CAVUOTO,
          Debtors.

Chapter 13
Case No 18-12622-MSH

**CERTIFICATION PURSUANT TO MLBR 13-8 (NO CONFERENCE NECESSARY) AND REQUEST THAT COURT ENTER ORDER SUSTAINING OBJECTION**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and hereby certifies a conference pursuant to MLBR 13-8 regarding the Objection to Confirmation filed by the Trustee on January 14, 2019 was not held.  The Trustee further states that no conference was necessary, as the Debtors indicated in the Response to the Objection that the Debtors would file an amended plan.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order sustaining the Objection and ordering the Debtors to file a further amended plan within thirty (30) days, and for such other relief as this Court deems proper.

Dated:  February 1, 2019

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee
/s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>MARIANNA LUISA DiMARCO- CAVUOTO<br>and<br>ANGELO CAVUOTO,<br>　　　　　Debtors. | Chapter 13<br>Case No 18-12622-MSH |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2019, a copy of the foregoing Certification was served via first class mail postage prepaid, or via electronic notice upon debtor's counsel and/or the pro se debtor, at the addresses set forth below.

**Lawrence A. Simeone, Jr.**
Law Office of Lawrence A. Simeone, Jr.
300 Broadway
Revere, MA 02151

　　　　　　　　　　　　　　　　　　　　/s/ Patricia A. Remer
　　　　　　　　　　　　　　　　　　　　Patricia A. Remer, BBO#639594

2