UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
|    DIMARCO-CAVUOTO, Marianna Luisa ) | Chapter 13 |
|    CAVUOTO, Angelo ) | Case No. 18-12622-MSH |
|                Debtor(s) ) | |

NOTICE OF PROPOSED ORDER CONFIRMING CHAPTER 13 PLAN

NOW COMES Carolyn A. Bankowski, the Chapter 13 Trustee, and hereby files a proposed Order Confirming Chapter 13 Plan with respect to the Plan filed on February 24, 2019.

DATED: April 17, 2019      Respectfully submitted,

*/s/ Carolyn A. Bankowski*
Carolyn A. Bankowski, BBO #631056
Standing Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | |
| DIMARCO-CAVUOTO, Marianna Luisa | ) | Chapter 13 |
| CAVUOTO, Angelo | ) | Case No. 18-12622-MSH |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the <u>Notice of Proposed Order Confirming Chapter 13 Plan</u> and proposed <u>Order Confirming Chapter 13 Plan</u> were served upon the Debtor(s), counsel of record for the Debtor(s), and all parties and attorneys who have filed notices of appearance by first class mail, postage prepaid, or by electronic notice.

Dated:  April 17, 2019

Respectfully submitted,
By: **/s/ Carolyn Bankowski**
Carolyn Bankowski, BBO# 631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
617-723-1313
**13trustee@ch13boston.com**

### SERVICE LIST

Marianna Luisa DiMarco-Cavuoto
Angelo Cavuoto
83 Summer Street
Stoneham, MA 02180

Lawrence A. Simeone, Jr., Esq.
Law Office of Lawrence A. Simeone, Jr.
300 Broadway
Revere, MA 02151

Synchrony Bank
c/o PRA Receivable Mgt.
PO Box 41021
Norfolk, VA 23541

Shamrock Finance
James McNulty Esq.
40 Court St, 11th Floor
Boston, MA 02108-2202